IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JESSE JAMES STEWART,<br><br>          Plaintiff,<br><br>v.<br><br>KEARNS UNIFIED POLICE DEPARTMENT, et al.,<br><br>          Defendants. | **MEMORANDUM DECISION AND DISMISSAL ORDER**<br><br>Case No. 2:23-cv-255 TC<br><br>Judge Tena Campbell |

Plaintiff Jesse James Stewart filed a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 6.) On May 17, 2023, Plaintiff was ordered to pay an initial partial filing fee (IPFF) of $3.81. (ECF No. 5.) When Plaintiff did not comply, on July 20, 2023, the court ordered Plaintiff to show cause within thirty days why this action should not be dismissed for failure to pay the IPFF. Plaintiff has not been heard from since.

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed without prejudice.

DATED this 23rd day of August, 2023.

BY THE COURT:

_Tena Campbell_
TENA CAMPBELL
United States District Judge